**UNITED STATES DISTRICT COURT**
<u>**NORTHERN DISTRICT OF NEW YORK**</u>
**ANDREW J. ALLAM, SR.,**

|  |  |  |
|---|---|---|
| | **Plaintiff,** | **5:21-cv-288 (GLS/ML)** |
| **v.** | | |

**SAMANTHA PHILLIPS et al.,**

_____ **Defendants.**

**APPEARANCES:**                    **OF COUNSEL:**

**FOR THE PLAINTIFF:**
Andrew J. Allam, Sr.
Pro Se
JX-9070
SCI Coal Township
1 Kelly Drive
Coal Township, PA 17866

**FOR THE DEFENDANTS:**
NO APPEARANCE

**Gary L. Sharpe**
**Senior District Judge**

<u>**ORDER**</u>

The above-captioned matter comes to this court following a Order and

Report-Recommendation (R&R) by Magistrate Judge Miroslav Lovric, duly

filed February 28, 2022.  (Dkt. No. 20.)  Following fourteen days from the

service thereof, the Clerk has sent the file, including any and all objections

filed by the parties herein.

No objections having been filed, and the court having reviewed the R&R

for clear error, it is hereby

**ORDERED** that the Order and Report-Recommendation (Dkt. No. 20) is **ADOPTED** in its entirety; and it is further

**ORDERED** that plaintiff's complaint (Dkt. No. 1) is **DISMISSED WITH LEAVE TO REPLEAD** for failure to state a claim which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and it is further

**ORDERED** that any amended complaint shall be filed within thirty (30) days of the date of this Order; and it is further

**ORDERED** that, if plaintiff does file an amended complaint, plaintiff is warned that any amended complaint must be a complete and separate pleading.  Plaintiff must state all of his claims in the new pleading and may not incorporate by reference, any part of his original complaint; and it is further

**ORDERED** that, if plaintiff files an amended complaint, such proposed amended complaint will be referred to the Magistrate Judge for initial review; and it is further

**ORDERED** that, if plaintiff fails to file an amended complaint within the time permitted, the clerk is directed to close this case without further order of the court; and it is further

**ORDERED** that the Clerk provide a copy of this Order to plaintiff in accordance with the Local Rules of Practice.

2

**IT IS SO ORDERED.**

March 21, 2022
Albany, New York

Gary L. Sharpe
U.S. District Judge